IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00790-MSK-CBS

JAMES C. MARR,

      Plaintiff,

v.

ERNEST B. LEWIS, and
MARINO TILE AND MARBLE, INC., a Colorado corporation,

      Defendants.

_____

**ORDER GRANTING MARINO TILE AND MARBLE, INC.'S AMENDED UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS FIRST RESPONSIVE PLEADING**
_____

This matter coming on for review on Defendant Marino Tile and Marble, Inc.'s Amended Unopposed Motion for Extension of Time to File Its First Responsive Pleading (**#7**) and the Court having reviewed the file and being duly advised in the premises,

Defendant Marino Tile and Marble's Amended Unopposed Motion for Extension of Time to Files Its First Responsive Pleading up to and including June 12, 2006 is **GRANTED.**

Dated this 7th day of June 2006.

                                        **BY THE COURT:**

                                        */s/ Marcia S. Krieger*
                                        _____

                                        Marcia S. Krieger
                                        United States District Judge