## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.: 06-cv-00790-MSK-CBS** | **FTR**-Reporter Deck Courtroom A402 |
| **Date: January 8, 2007** | **Courtroom Deputy:** Ben Van Dyke |

JAMES C. MARR,                                      Brad W. Breslau

    **Plaintiff,**

   v.

ERNEST B. LEWIS, and                        Thomas E. Hames
MARINO TILE AND MARBLE, INC.,

    **Defendants.**

---

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTIONS HEARING**
**Court in Session:   10:45 a.m.**
Court calls case.  Appearances of counsel.

**ORDERED:** Plaintiff's Motion to Amend Complaint [filed November 17, 2007; doc. 18] is granted for the reasons stated on the record.  Plaintiff shall file an amended complaint by January 12, 2007.

**ORDERED:** Plaintiff's Motion for Extension of Time to Respond to Defendants' First Set of Interrogatories, Request for Production of Documents and Requests for Admissions to Plaintiff [filed November 17, 2006; doc. 19] is denied as moot.

**ORDERED:** Plaintiff's Motion to Strike Defendant's Hearing Brief Re: Plaintiff's Motion to Amend to Add Punitive Damages [filed January 5, 2007; doc. 33] is denied for the reasons stated on the record.

**ORDERED:** Counsel shall file a proposed protective order with the Court within ten (10) days.

HEARING CONCLUDED.

**Court in Recess**:   **11:46 a.m.**
Total In-Court Time:    01:01