IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-00790-MSK-CBS

JAMES C. MARR,

    Plaintiff,

v.

ERNEST B. LEWIS, and
MARINO TILE AND MARBLE, INC.,
a Colorado corporation,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion for Clarification of Courtroom Minute Order (*doc. no. 36*) is **GRANTED**. The court will issue amended minutes consistent with the motion's request.

**DATED:**     January 12, 2007