IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-00790-MSK-CBS

JAMES C. MARR,

      Plaintiff,

v.

ERNEST B. LEWIS, and
MARINO TILE AND MARBLE, INC.,
a Colorado corporation,

      Defendants.

### MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that the Unopposed Motion to Vacate the Previously Scheduled Settlement Conference (*doc. no. 42)* is **GRANTED**. The settlement conference set for May 8, 2007 is **VACATED**.

      IT IS FURTHER ORDERED that parties are to submit a status report, as to the progress of settlement following the JAG mediation, on or before **May 7, 2007**.

**DATED:**      January 25, 2007