IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-00790-MSK-CBS

===============================================================

JAMES MARR

Plaintiffs,

vs.

MARINO TILE & MARBLE, a Colorado corporation and ERNEST LEWIS,
Defendants

===============================================================
**CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT**
===============================================================

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency and validity of which is hereby acknowledged by James Marr and other interests represented by Cozen & O'Connor (hereinafter referred to as "Marr") hereby agree to the following as Confidentiality and Non-Disclosure Agreement between Marino Tile & Marble and Ernest Lewis regarding any and all materials produced in the litigation currently ongoing in the Federal District Court, District of Colorado, bearing the Civil Action NO. 06-CV-00790-MSK-CBS, as described as Plaintiff, James Marr v. Marino Tile & Marble and Ernest Lewis, Defendants.

1.  It is hereby agreed that any and all materials received from Marino Tile & Marble and Ernest Lewis (hereinafter referred to as the "Defendants"), related to the employment file of Ernest Lewis, throughout the pendency of this litigation shall be deemed "confidential," and such information and/or materials produced in this litigation shall be deemed "proprietary" and to Marino Tile & Marble and "private" as to Ernest Lewis and shall not be disseminated outside the

pending litigation. "Confidential information" shall mean all records contained in Mr. Lewis' employment file, including any employment application, any employment materials, and any information concerning benefits, IRAs, loans, driving records, disciplinary files, W2 forms or any other materials contained in the original employment file of Ernest Lewis maintained by Marino Tile & Marble. The Defense may designate any such confidential documents or information by stamping them as "Confidential" or alerting Plaintiff Marr in writing as to the confidential information or document. Information is not required to be written or stamped or otherwise marked confidential in order for the restriction of this Agreement to apply to such information. Plaintiff Marr shall return to Marino Tile & Marble or destroy all such confidential materials at the termination of this instant litigation. Excluded from this obligation of confidentiality is any information in the public domain which was already known to James Marr prior to the institution of the instant litigation.

2. James Marr agrees to refrain from using Marino Tile & Marble and Ernest Lewis' confidential employment information or materials for any purpose not directly authorized by Marino Tile & Marble or Ernest Lewis and/or related to the instant litigation. Plaintiff Marr agrees that he will not use or permit the use of this confidential information or derivative thereof outside of this litigation and shall not disseminate this confidential information outside the confines of this litigation, or as constrained by this Agreement. Should Plaintiff Marr elect to utilize any of the private employment file with any expert witness in the instant litigation, said expert shall be bound by the provisions of this confidentiality agreement and must, in writing, acknowledge the applicability of this confidentiality agreement to each of said experts.

3. Plaintiff Marr agrees to limit the disclosure of this confidential employment information to the associates, employees and agents of Cozen & O'Connor who must by necessity be so informed for purposes of furthering activities in support of Plaintiff Marr's claim in the U.S. District Court in Colorado. Plaintiff Marr agrees not to disseminate any of Marino Tile & Marble's or Ernest Lewis' confidential employment information outside this lawsuit, without Marino Tile & Marble or Ernest Lewis' express prior written approval.

4. That the Plaintiff and the Plaintiff's attorneys are authorized to execute this Agreement on behalf of the Plaintiff.

5. This Agreement when signed and executed by the Plaintiff will be provided to the Court, with the terms of said Agreement being incorporated into an Order by the U.S. District Court in Colorado and said confidentiality will have the same binding effect as an Order issued by the Court.

6. Should any provision hereof be ruled invalid, said provision shall be deemed separate severable and shall not affect the force and validity of all other provisions of the Agreement.

7. This Agreement is to be governed by Colorado law. Any dispute as to the interpretation, construction, application of validity of this Agreement shall be under the jurisdiction of and shall be heard by the Federal Court in and for the District of Colorado. Plaintiff Marr consents to the jurisdiction of the Court for these purposes.

8. Plaintiff acknowledges and agrees that any breach of this Agreement shall constitute irreparable harm to the Defendant Ernest Lewis and Defendant Marino Tile & Marble and that injunctive relief, or other forms of relief, may be used to enforce this Agreement.

DATED: JANUARY 16, 2007.

_____
JAMES MARR

| COZEN & O'CONNOR | RAY LEGO & ASSOCIATES |
|---|---|
| <u>      s/Brad Breslau      </u><br>Brad Breslau, Esq.<br>707 17th St., Suite 3100<br>Denver, CO  80202<br>Telephone:  720-479-3900<br><br>Attorney for Plaintiff | <u>      s/Thomas E. Hames      </u><br>Thomas E. Hames, Esq.<br>6060 South Willow Drive, Suite 100<br>Greenwood Village, CO  80111<br>Telephone:  720-963-7000<br><br>Attorney for Defendants |

DATED at Denver, Colorado, this 31st day of January, 2007.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge