IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-00790-MSK-CBS

JAMES C. MARR,

    Plaintiff,

v.

ERNEST B. LEWIS, and
MARINO TILE AND MARBLE, INC.,
a Colorado corporation,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Unopposed Motion to Amend Scheduling Order (*doc. no. 48)* is **GRANTED**.  The discovery deadline is extended to **July 2, 2007**.  *All deadlines previously set by this Court, not modified herein, remain in effect.*

**DATED:**    April 16, 2007