## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## HONORABLE MARCIA S. KRIEGER

Courtroom Deputy:   Patricia Glover  　　　　　　　Date:   July 20, 2007
Court Reporter:        Paul Zuckerman

Civil Action No. 06-cv-00790-MSK-CBS

*Parties*:　　　　　　　　　　　　　　　　　　　　*Counsel Appearing:*

JAMES C. MARR,　　　　　　　　　　　　　　　Brad Breslau

　　　　　Plaintiff,

v.

ERNEST B.LEWIS, and　　　　　　　　　　　　Thomas Harnes
MARINO TILE AND MARBLE, INC.,　　　　　　John Glenn

　　　　　Defendants.

## COURTROOM MINUTES

HEARING:   Final Pretrial Conference.

**4:04 p.m.      Court in session.**

Plaintiff and counsel are present.

Defense counsel are present and Derek Marino is present by phone. Defendant Lewis is not present.

ORDER:　　Counsel for defendants shall purchase on an expedited basis a transcript of these proceedings and transmit to defendant Lewis. The client shall not bear the cost of the transcript.

**ORDER:**　　Evidentiary hearing is set **August 2, 2007 at 9:00 a.m.**, in Courtroom A901, 901 19th Street, Denver, Colorado. The 2 hours of hearing time will be divided equally between the parties. The Courtroom Deputy will use the chess clock

**PENDING MOTIONS.**

**ORDER:**　　First Motion in Limine **(Doc. #84)** is **DENIED.**

Courtroom Minutes
Judge Marcia S. Krieger
Page Two

**ORDER:**   Joint Motion in Limine *Parties Joint 702 Motion* **(Doc. #85)** is **DENIED** with leave to refile by close of business on **Monday, July 23, 2007**.

**ORDER:**   Joint Motion in Limine *(Dr. France, Ph.D)* **(Doc. #75)** is **WITHDRAWN.**

Review of the proposed final pretrial order - matters addressed:

    Claims
    Defenses
    Witness List
    Exhibit List
    Anticipated motions
    Trial length, trial process, 702 motion process, technology training, evidentiary issues and any questions posed by counsel.

The Court advises counsel to reassess the amount of time necessary for trial in light of comments with regard to the witness and exhibit lists and proposed final pretrial order.

The jury will be permitted to take notes.

**ORDER:**   Revised final pretrial order to be submitted by **August 10, 2007.**

**ORDER:**   Revised witness and exhibit lists to be submitted by **August 10, 2007.**

**ORDER:**   Proposed jury instructions and proposed *voir dire* will be filed by **August 10, 2007.**

**ORDER:**   Jury Trial is reset to **October 15, 2007, at 1:00 p.m.** in Courtroom A901, 901 19th Street, Denver, Colorado.

**ORDER:**   Pertinent to trial process: Trial time will be divided equally between the parties. The Courtroom Deputy will keep track on the chess clock.  Opening statements will be 15 minutes and closing arguments will be 30 minutes.

**5:17 p.m.**   **Court in recess.**

**Total Time:   1 hours 13 minutes.**
**Hearing concluded.**