IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00790-MSK-CBS

JAMES C. MARR,

       Plaintiff,

v.

ERNEST B. LEWIS, and
MARINO TILE AND MARBLE, INC., a Colorado corporation,

       Defendants.

_____

**ORDER DENYING JOINT MOTION TO VACATE**
_____

**THIS MATTER** comes before the Court pursuant to the parties Unopposed Joint Motion to Vacate the August 2, 2007 Hearing **(# 102)**.

The motion states that the parties have reached a settlement, and anticipate filing a Stipulation of Dismissal by August 15, 2007. In light of this, they request that the Court vacate the evidentiary hearing set for August 2, 2007.

This Court's Practice Standards state "hearings, trials and pretrial deadlines will not be continued or vacated . . . in anticipation of the filing of settlement documents." MSK Practice Standards (Civil) III.F.1. The Practice Standards further state that "If counsel . . . is unable to file

[pleadings sufficient to resolve the matter] before the hearing or trial, counsel . . . shall appear at the scheduled hearing or trial to memorialize the settlement on the record." *Id.* at III.F.2. Accordingly, the Motion is **DENIED**.

Dated this 1st day of August, 2007

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge